

*Christopher Nucifora, Esq.*
*Managing Partner*
*Direct Dial: 201-708-8207*
*Direct Email: cnucifora@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP
Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086
Telephone: 201.488.6655
Facsimile: 201.488.6652
www.kdvlaw.com

October 9, 2017

**Via ECF**
Honorable Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

    RE: *Hughes v. Weleda, Inc.*, Case No. 7:17-cv-2494

Dear Judge Seibel,

    This firm represents defendant Weleda Inc. ("Weleda") in the above referenced action. A pre-motion conference is presently scheduled before Your Honor on October 17, 2017, at 4:15 p.m. Unfortunately, I am not available on October 17th and therefore respectfully request an adjournment of the pre-motion conference.

    We thank the Court for its consideration.

                                Respectfully submitted,

                                **Kaufman Dolowich & Voluck, LLP**

                                By:_____
                                    CHRISTOPHER NUCIFORA

CN:mr
cc:    All Counsel (via ECF)