**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMAR SMYTHE,

                    Plaintiff,          **SCHEDULING ORDER**

    -against-                      17 Civ. 2494 (CS)(JCM)

WELEDA, INC.,

                    Defendant.
-----------------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Status Conference for December 11, 2017 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated: November 15, 2017
       White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge