**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
Court Plaza South
21 Main Street, Suite 251
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kdvlaw.com

*Christopher Nucifora, Esq.*
*Managing Partner*
*Direct Dial: 201-708-8207*
*Direct Email: cnucifora@kdvlaw.com*

July 9, 2018

**Via ECF**
Honorable Judith C. McCarthy, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

   RE: **Hughes v. Weleda, Inc.**
     **Case No. 7:17-cv-2494**
     **KDV File No. 020914-0004**
     **Status Conference: 7/11/18**

Dear Judge McCarthy:

  This firm represents defendant Weleda Inc. ("Weleda") in the above referenced action. There is a telephonic status conference presently scheduled for Wednesday, July 11, 2018 at 10:30 am. With the plaintiff's consent, Weleda respectfully requests an adjournment of Wednesday's conference.

  The parties are diligently moving forward with discovery, having exchanged initial disclosures, propounded initial discovery demands, and exchanged responses to document demands, along with responsive documents. Weleda is continuing to produce documents responsive to the plaintiff's requests on an ongoing basis.

  Recently, the parties met and conferred regarding their respective responses to document demands and have agreed to exchange additional information as a result. Adjourning the conference will ensure that the parties will be able to produce documents in accordance with their meet-and-confer agreement, thereby obviating the need for any discovery assistance from the Court.

  Counsel for the plaintiff consents to the adjournment request. The parties jointly propose any of the following dates for the status conference: Thursday, July 26, 2018; Friday, July 27, 2018; Monday, July 30, 2018 after 12:00 pm; or Friday, August 3, 2018 after 12:00 pm. Should the Court require alternative proposed dates, please do not hesitate to contact me.

Kaufman Dolowich & Voluck, LLP
Re:  Hughes v. Weleda, Inc.
July 9, 2018
Page 2

We thank the Court for its consideration.

                                         Respectfully submitted,

                                         **Kaufman Dolowich & Voluck, LLP**

                                         By: _s/ Christopher Nucifora_
                                                  CHRISTOPHER NUCIFORA

CN:mr
cc:    All Counsel (via ECF)