

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP
40 Exchange Place
20th Floor
New York, NY 10005

21 Main Street
Suite 251
Hackensack, NJ  07601

www.kdvlaw.com

**Christopher Nucifora, Esq.**
**Managing Partner**
**201-708-8207**
**Email:  cnucifora@kdvlaw.com**

August 10, 2018

**Via ECF**
Honorable Judith C. McCarthy, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

RE:   **Hughes v. Weleda, Inc.**
       **Case No. 7:17-cv-2494**
       **KDV File No. 020914-0004**

Dear Judge McCarthy:

This firm represents defendant Weleda Inc. ("Defendant") in the above referenced action. As ordered by the Court during the August 3, 2018 telephonic status conference, the parties met and conferred on August 7th and narrowed some of the outstanding discovery issues, and jointly propose the following schedule.

- Plaintiff having clarified its requests to Defendant, Defendant will provide any additional responsive documents to Plaintiff's requests by **September 15, 2018**, excluding Electronic Stored Information.

- Defendant will produce Electronic Stored Information responsive to Plaintiff's requests by **October 19, 2018**.

- The parties will engage in mediation by **November 30, 2018**.

We thank the Court for its attention to this matter.

Respectfully submitted,
**Kaufman Dolowich & Voluck, LLP**

By:   _s/ Christopher Nucifora_
       CHRISTOPHER NUCIFORA

So ordered:   _____
                Hon. Judith C. McCarthy, U.S.M.J.

New York  l  Pennsylvania  l  New Jersey  l  San Francisco  l  Los Angeles  l  Florida  l  Chicago