

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

January 9, 2019

**VIA CM/ECF**

Honorable Cathy Seibel, U.S.D.J.
Honorable Judith C. McCarthy, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

        **Re: Russell Hughes v. Weleda, Inc.,**
        **Case No:** 7:17-cv-02494-CS

Dear Judge Seibel and Judge McCarthy:

    We represent plaintiff Russell Hughes in the above-captioned matter.  The Plaintiff intends to file a stipulation of dismissal within 30 days (if not sooner) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).   The stipulation does not implicate Rules 23(e), 23.1(c), 23.2, or 66.  The Parties respectfully request that the Court enter an order of dismissal, providing that any of the parties may, upon good cause shown within 60 days, reopen if the stipulation of dismissal is not consummated.

    Thank you for Your Honors' consideration in this matter.

        Respectfully submitted;

**THE SULTZER LAW GROUP P.C.**

Adam Gonnelli

cc:    Counsel of Record via ECF