UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Hughes,

                Plaintiff(s),

**O R D E R**

- against -

7:17-CV-02494 (CS) (JCM)

Weleda, Inc.,

                Defendant(s).
----------------------------------------------------------X

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    SO ORDERED.

Dated:
    White Plains, New York
    January 10, 2019

                                                    _____
                                                    CATHY SEIBEL, U.S.D.J.