IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RUSSELL HUGHES, individually on behalf of Himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>WELEDA, INC.,<br>　　　　　　　Defendant, | ) ) ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 7:17-cv-02494 (CS)(JCM) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Russell Hughes and or their counsel, hereby give notice that the above- captioned action is voluntarily dismissed, with prejudice against the defendant Weleda, Inc.

Date: February 19, 2019

_____
The Sultzer Law Group P.C.
Jason P. Sultzer, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
sultzerj@thesultzerlawgroup.com